✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

_____EASTERN_____   **District of**   _____CALIFORNIA_____

MARTIN LEE BROOKS,                                    **ORDER ON APPLICATION**
                    Plaintiff                        **TO PROCEED WITHOUT**
                                                     **PREPAYMENT OF FEES**
          V.


COMMISSIONER of SOCIAL SECURITY,          CASE          1:11-AT-00813
                    Defendant


Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

     X   The clerk is directed to file the complaint.

     X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
         copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
         costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

     _____

     _____


ENTER this   __23rd__   day of   _____December_____ ,   __2011__ .



                              _____
                                   /s/ Barbara A. McAuliffe
                                  Signature of Judicial Officer

                              BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                  Name and Title of Judicial Officer