BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE BROOKS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | **CIVIL NO.  1:11-cv-02124-SKO**<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)**<br><br>**ORDER ADMINISTRATIVELY CLOSING THE CASE** |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

      On remand, the Appeals Council will reconsider Plaintiff's request for review of the administrative law judge's decision in light of new material evidence contained within Plaintiff's electronic file.

Respectfully submitted,

Dated: March 19, 2012

/s/Denise Bourgeois Haley
(As authorized via e-mail)
Denise Bourgeois Haley
Attorney for Plaintiff

Dated: March 20, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/David W. Lerch
DAVID W. LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The Court has reviewed the parties' stipulation for remand. Because the parties indicate that a review of the record is warranted based on new material evidence contained within Plaintiff's file, good cause exists to remand the claim to the Commissioner for appropriate action pursuant to sentence six of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

The Court retains jurisdiction over the matter, and either party may file a request to reopen the case once the administrative proceedings have been completed. Further, the Commissioner shall file a status report every ninety (90) days from the date of this order regarding the progress of the administrative proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is REMANDED to the Commissioner of the Social Security Administration pursuant to sentence six of section 205(g) of the Social Security Act (42 U.S.C. § 405(g));

2. The Commissioner shall FILE a status report every ninety (90) days, commencing from the date of this order, regarding the progress of the administrative proceedings; and

///

3. The Clerk of the Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

**Dated:   March 20, 2012**                                  /s/ Sheila K. Oberto
                                                                                  UNITED STATES MAGISTRATE JUDGE